**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re: DRESSED, INC.

§
§
§
§

Case No. 9:14-bk-11783-DS

Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Jeremy W. Faith, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $200.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $24,935.68 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $85,447.60 | | |

3) Total gross receipts of $110,383.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $110,383.28 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $105,558.16 | $105,558.16 | $85,447.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $60,089.64 | $24,935.68 | $24,935.68 | $24,935.68 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,297,959.59 | $321,717.29 | $321,717.29 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,358,049.23 | $452,211.13 | $452,211.13 | $110,383.28 |

4) This case was originally filed under chapter 7 on 08/16/2014.  The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:      09/19/2018

By: /s/ Jeremy W. Faith
                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pref/Fraud Transfer Avoidance Claim - American Express | 1241-000 | $43,200.00 |
| Bank of America - Pref/Fraud Avoidance Claim | 1241-000 | $15,080.13 |
| Wells Fargo - Pref/Fraud Avoidance Claim | 1241-000 | $25,000.00 |
| AT&T Refund | 1290-000 | $52.76 |
| Chase/Utd. Milage - Pref/Fraud Avoidance Claim | 1241-000 | $17,694.32 |
| Wells Fargo Bank Account XX141 | 1129-000 | $148.27 |
| Wells Fargo Bank Account - Ending 6166 | 1129-000 | $4,191.35 |
| Class Action Claim - AT&T | 1229-000 | $16.45 |
| Insider Preference Claims - Hank & Susan Pitcher | 1241-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$110,383.28** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jeremy W. Faith | 2100-000 | NA | $8,769.16 | $8,769.16 | $6,902.17 |
| Trustee, Expenses - Jeremy W. Faith | 2200-000 | NA | $537.49 | $537.49 | $537.49 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $700.00 | $700.00 | $700.00 |
| Bond Payments - BOND | 2300-000 | NA | $2.85 | $2.85 | $2.85 |
| Bond Payments - INTERNATIONAL SURETIES | 2300-000 | NA | $97.90 | $97.90 | $97.90 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,637.92 | $2,637.92 | $2,637.92 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 2820-000 | NA | $3,309.07 | $3,309.07 | $3,309.07 |
| Attorney for Trustee Fees (Other Firm) - Sulmeyer Kupetz APC | 3210-000 | NA | $59,811.00 | $59,811.00 | $47,076.97 |
| Attorney for Trustee Expenses (Other Firm)  - Sulmeyer Kupetz APC | 3220-000 | NA | $3,307.38 | $3,307.38 | $3,307.38 |
| Accountant for Trustee Fees (Other Firm) - LEA Accountancy LLP | 3410-000 | NA | $25,878.00 | $25,878.00 | $20,368.46 |
| Accountant for Trustee Expenses (Other Firm) - LEA Accountancy LLP | 3420-000 | NA | $507.39 | $507.39 | $507.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$105,558.16** | **$105,558.16** | **$85,447.60** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P-2 | Internal Revenue Service | 5100-000 | $35,086.00 | $24,113.71 | $24,113.71 | $24,113.71 |
| 10 | FRANCHISE TAX BOARD | 5800-000 | NA | $821.97 | $821.97 | $821.97 |
| N/F | California EDD | 5600-000 | $8,944.00 | NA | NA | NA |
| N/F | State Board of Equalization | 5600-000 | $16,059.64 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$60,089.64** | **$24,935.68** | **$24,935.68** | **$24,935.68** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BB&T COMMERCIAL FINANCE | 7100-000 | $9,216.87 | $14,573.49 | $14,573.49 | $0.00 |
| 2 | Felice Peardon | 7100-000 | $100,000.00 | $100,000.00 | $100,000.00 | $0.00 |
| 3 | Valentino, a Corporation | 7100-000 | $31,721.06 | $35,021.06 | $35,021.06 | $0.00 |
| 4 | BROCHU WALKER | 7100-000 | $2,462.80 | $2,462.80 | $2,462.80 | $0.00 |
| 5U-2 | Internal Revenue Service | 7100-000 | NA | $218.82 | $218.82 | $0.00 |
| 6 | Rich and Famous Inc. dba Big Green Cleaning Company | 7100-000 | $794.00 | $1,210.21 | $1,210.21 | $0.00 |
| 7 | Santa Barbara Magazine | 7100-000 | $6,000.00 | $12,000.00 | $12,000.00 | $0.00 |
| 8 | SOC ROMANAISE DE LA CHAUSSURE | 7100-000 | $9,424.00 | $9,424.00 | $9,424.00 | $0.00 |
| 9 | TR APPAREL LLC dba THE ROW | 7100-000 | $2,720.00 | $4,060.00 | $4,060.00 | $0.00 |
| 10 | FRANCHISE TAX BOARD | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 12 | Linda J. Martin | 7100-000 | $1,250.00 | $1,250.00 | $1,250.00 | $0.00 |
| 13 | Bolze and Moogy Sarl - Boobies | 7100-000 | $2,508.00 | $1,914.00 | $1,914.00 | $0.00 |
| 14 | Wells Fargo Bank N.A. | 7100-000 | NA | $2,463.13 | $2,463.13 | $0.00 |
| 15 | James Jeans | 7100-000 | $4,147.58 | $4,497.00 | $4,497.00 | $0.00 |
| 16 | MIGUEL ASES, INC | 7100-000 | $1,222.00 | $1,222.00 | $1,222.00 | $0.00 |
| 17 | Casmari, Inc. | 7100-000 | $5,530.00 | $5,530.00 | $5,530.00 | $0.00 |

| 18 | VICINI AMERICA INC dba Giuseppe Zanotti | 7100-000 | $9,917.00 | $13,892.00 | $13,892.00 | $0.00 |
|---|---|---|---|---|---|---|
| 19 | American Express Centurion Bank | 7100-000 | $95,508.62 | $96,163.78 | $96,163.78 | $0.00 |
| 20 | NewBark, LLC | 7100-000 | $1,648.00 | $1,648.00 | $1,648.00 | $0.00 |
| 21 | K. Jacques | 7200-000 | $20,448.00 | $14,167.00 | $14,167.00 | $0.00 |
| N/F | 10 Crosby Derek Lam c/o Altus Global Trade | 7100-000 | $7,068.44 | NA | NA | NA |
| N/F | 3.1 by Phillip Lim | 7100-000 | $12,665.31 | NA | NA | NA |
| N/F | A. Ramirez | 7100-000 | $4,282.00 | NA | NA | NA |
| N/F | ATM | 7100-000 | $2,337.00 | NA | NA | NA |
| N/F | Acne | 7100-000 | $7,750.00 | NA | NA | NA |
| N/F | Anndra Neen | 7100-000 | $1,058.00 | NA | NA | NA |
| N/F | Aquazzura | 7100-000 | $6,304.00 | NA | NA | NA |
| N/F | Ariel Gordon Jewelry | 7100-000 | $1,991.00 | NA | NA | NA |
| N/F | Avant Toi | 7100-000 | $960.90 | NA | NA | NA |
| N/F | Bajra | 7100-000 | $2,715.00 | NA | NA | NA |
| N/F | Banjanan c/o Brittany Banjanan | 7100-000 | $4,754.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $21,012.00 | NA | NA | NA |
| N/F | Be !staff | 7100-000 | $3,634.00 | NA | NA | NA |
| N/F | Big Sea, LLC | 7100-000 | $900.00 | NA | NA | NA |
| N/F | Black Valner Properties, LLC c/o KIBO Property | 7100-000 | NA | NA | NA | NA |
| N/F | California EDD | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Calvin Rucker | 7100-000 | $7,088.25 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Carrie Hoffman Jewelry | 7100-000 | $682.00 | NA | NA | NA |
| N/F | Celine, Inc. | 7100-000 | $3,560.00 | NA | NA | NA |
| N/F | Chase Bank USA, NA | 7100-000 | $30,142.71 | NA | NA | NA |
| N/F | Christina Rottman Designs | 7100-000 | $20,437.16 | NA | NA | NA |
| N/F | Clover Canyon | 7100-000 | $2,616.00 | NA | NA | NA |
| N/F | Coastal Copy | 7100-000 | $228.00 | NA | NA | NA |
| N/F | Cooper & Ella do House of Adjustments | 7100-000 | $2,632.00 | NA | NA | NA |
| N/F | DHL | 7100-000 | $60.49 | NA | NA | NA |
| N/F | DZ Trading Ltd | 7100-000 | $1,527.00 | NA | NA | NA |
| N/F | David Lerner | 7100-000 | $720.00 | NA | NA | NA |
| N/F | Denis Colomb Studio 11 | 7100-000 | $2,880.00 | NA | NA | NA |
| N/F | Donatella Mauri Design | 7100-000 | $1,690.00 | NA | NA | NA |
| N/F | Figue | 7100-000 | $3,480.00 | NA | NA | NA |
| N/F | Fish Window Cleaning | 7100-000 | $228.00 | NA | NA | NA |
| N/F | Franco Ferrari | 7100-000 | $2,601.24 | NA | NA | NA |
| N/F | Fratelli Rossetti | 7100-000 | $2,821.00 | NA | NA | NA |
| N/F | Garrett Leight | 7100-000 | $400.00 | NA | NA | NA |
| N/F | Getting Back to Square One | 7100-000 | $3,328.00 | NA | NA | NA |
| N/F | Givenchy | 7100-000 | $43,015.66 | NA | NA | NA |
| N/F | Givenchy Shoes | 7100-000 | $6,294.00 | NA | NA | NA |
| N/F | Goldsign | 7100-000 | $7,013.70 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Hank Pitcher | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | House of Lavande | 7100-000 | $2,656.00 | NA | NA | NA |
| N/F | Intaboro | 7100-000 | $130.52 | NA | NA | NA |
| N/F | Janavi | 7100-000 | $1,320.00 | NA | NA | NA |
| N/F | Jennifer Fisher Jewelry | 7100-000 | $1,739.00 | NA | NA | NA |
| N/F | Jill Padilla Vaccaro | 7100-000 | $650.00 | NA | NA | NA |
| N/F | Kama li Kulture | 7100-000 | $1,614.25 | NA | NA | NA |
| N/F | Kenzo | 7100-000 | $19,014.27 | NA | NA | NA |
| N/F | Koral Industries, LLC | 7100-000 | $2,221.79 | NA | NA | NA |
| N/F | L'Agence La Collective | 7100-000 | $1,934.00 | NA | NA | NA |
| N/F | La Prestic Ouiston | 7100-000 | $2,938.00 | NA | NA | NA |
| N/F | Lanvin, Inc. | 7100-000 | $20,289.00 | NA | NA | NA |
| N/F | Latitude 34 | 7100-000 | $719.00 | NA | NA | NA |
| N/F | M. Patmos | 7100-000 | $7,127.00 | NA | NA | NA |
| N/F | MacFarlene, Faletti & Co. | 7100-000 | $625.00 | NA | NA | NA |
| N/F | Marion Toms | 7100-000 | $1,347.00 | NA | NA | NA |
| N/F | Moncler USA, Inc. | 7100-000 | $1,908.00 | NA | NA | NA |
| N/F | Montecito Journal | 7100-000 | $3,984.50 | NA | NA | NA |
| N/F | Noelle Burg | 7100-000 | $3,325.00 | NA | NA | NA |
| N/F | Nonoo | 7100-000 | $387.00 | NA | NA | NA |
| N/F | Norma Walker | 7100-000 | $10,634.42 | NA | NA | NA |
| N/F | Notte by Marchesa | 7100-000 | $898.60 | NA | NA | NA |

| N/F | Only Hearts | 7100-000 | $1,506.14 | NA | NA | NA |
|-----|-------------|----------|-----------|-----|-----|-----|
| N/F | Oscar de la Renta Jewelry | 7100-000 | $2,658.00 | NA | NA | NA |
| N/F | Proenza Schouler Shoes | 7100-000 | $4,093.00 | NA | NA | NA |
| N/F | R13 | 7100-000 | $10,539.89 | NA | NA | NA |
| N/F | RVN | 7100-000 | $6,439.47 | NA | NA | NA |
| N/F | Roland Mouret | 7100-000 | $1,375.67 | NA | NA | NA |
| N/F | SEN | 7100-000 | $1,686.00 | NA | NA | NA |
| N/F | Sam Mott | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Santa Barbara Sentinel, LLC | 7100-000 | $250.00 | NA | NA | NA |
| N/F | Sass & Bide | 7100-000 | $6,964.00 | NA | NA | NA |
| N/F | Scott Orchard Design | 7100-000 | $120.00 | NA | NA | NA |
| N/F | See by Chloe | 7100-000 | $2,598.62 | NA | NA | NA |
| N/F | Sonia Speciale | 7100-000 | $3,229.00 | NA | NA | NA |
| N/F | Sundry | 7100-000 | $2,258.68 | NA | NA | NA |
| N/F | Suzi Roher Accessories | 7100-000 | $8,140.00 | NA | NA | NA |
| N/F | T by Alexander Wang do Hildun | 7100-000 | $1,894.98 | NA | NA | NA |
| N/F | The Office of Angela Scott | 7100-000 | $773.32 | NA | NA | NA |
| N/F | The Phone Connection/Alliant Media | 7100-000 | $695.00 | NA | NA | NA |
| N/F | The Woods c/o Shawn Hecox | 7100-000 | $3,463.00 | NA | NA | NA |
| N/F | Thierry Lasry | 7100-000 | $2,992.75 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Tomooka Brothers c/o The Towbes Group | 7100-000 | $79,197.58 | NA | NA | NA |
| N/F | Toms Shoes, Inc. | 7100-000 | $2,196.00 | NA | NA | NA |
| N/F | True Royal | 7100-000 | $4,533.33 | NA | NA | NA |
| N/F | Veronica Beard c/o Hildun | 7100-000 | $21,155.12 | NA | NA | NA |
| N/F | Wells Fargo Card Services | 7100-000 | $397,946.53 | NA | NA | NA |
| N/F | Winifred Grace | 7100-000 | $1,438.00 | NA | NA | NA |
| N/F | Yigal Azrouel, Inc. c/o Altus Global Trade | 7100-000 | $12,480.37 | NA | NA | NA |
| N/F | Zadig & Voltaire | 7100-000 | $6,478.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,297,959.59** | **$321,717.29** | **$321,717.29** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

Exhibit 8

Page: 1

**Case No.:**    9:14-bk-11783-DS

**Case Name:**    DRESSED, INC.

**For Period Ending:**    09/19/2018

**Trustee Name:**    (001380) Jeremy W. Faith

**Date Filed (f) or Converted (c):**    08/16/2014 (f)

**§ 341(a) Meeting Date:**    09/29/2014

**Claims Bar Date:**    05/12/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank Account XX141 | 200.00 | 148.27 | | 148.27 | FA |
| 2 | Wells Fargo Bank Account - Ending 6166 | 200.00 | 4,191.35 | | 4,191.35 | FA |
| 3 | Potential claims against Norma Walker and FelicePeardon<br>Adversary No. 9:16-ap-01069-PC (Against Peardon) | Unknown | 50,000.00 | | 0.00 | FA |
| 4 | Computers | 200.00 | 200.00 | | 0.00 | FA |
| 5 | AT&T Refund (u)<br>Refund from AT&T | 0.00 | 52.76 | | 52.76 | FA |
| 6 | Pref/Fraud Transfer Avoidance Claim - American Express (u) | 0.00 | 136,728.78 | | 43,200.00 | FA |
| 7 | Wells Fargo - Pref/Fraud Avoidance Claim (u)<br>Adversary No. 16-1070 - Faith v. Wells Fargo Bank | 0.00 | 92,371.51 | | 25,000.00 | FA |
| 8 | Bank of America - Pref/Fraud Avoidance Claim (u) | 0.00 | 37,143.99 | | 15,080.13 | FA |
| 9 | Chase/Utd. Milage - Pref/Fraud Avoidance Claim (u) | 0.00 | 20,816.85 | | 17,694.32 | FA |
| 10 | Unclaimed Property - Donna Karan International (u) | 0.00 | 100.00 | | 0.00 | FA |
| 11 | Insider Preference Claims - Hank & Susan Pitcher (u) | 0.00 | 72,000.00 | | 5,000.00 | FA |
| 12 | Class Action Claim - AT&T (u) | 0.00 | 16.45 | | 16.45 | FA |
| **12** | **Assets Totals (Excluding unknown values)** | **$600.00** | **$413,769.96** | | **$110,383.28** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:**   9:14-bk-11783-DS

**Case Name:**   DRESSED, INC.

**For Period Ending:**   09/19/2018

**Trustee Name:**   (001380) Jeremy W. Faith

**Date Filed (f) or Converted (c):**   08/16/2014 (f)

**§ 341(a) Meeting Date:**   09/29/2014

**Claims Bar Date:**   05/12/2015

**Major Activities Affecting Case Closing:**

Period ending 3/31/19: Prompt determination on final estate tax returns received 4/9/18.

Period ending 3/31/18:  ETFR advanced to 5/31/18.  Ongoing litigation with Wells Fargo Bank over avoidance claims.  Anticipate resolving litigation within 6 months from now (10/4/17); then case ready for final returns and closing. The trustee has administered all assets.  The trustee has reviewed all claims and determined the claim of K. Jacques Sarl was filed late.  The trustee objected to the claim of K. Jacques Sarl as late - granted. The estate is ready to close.    Court costs $700.  Fee apps due 5/1/18.  All estate professionals (Counsel, Accountant and Trustee) have agreed to share in a pro-rata short payment of fees totaling $20,110.56 - which reduction will allow for a 100% distribution to priority unsecured claims.

Period ending 3/31/17:  ETFR advanced to 10/1/17 for pending litigation against 2 defendants on avoidance claims.  Orders have been entered approving the settlements with American Express (11/14/16), Bank of America (3/21/17), Chase Bank (3/14/17) and Hank and Susan Pitcher (10/5/16).  An avoidance action was filed against Wells Fargo on 8/16/16 and remains pending.    Once the Wells Fargo litigation is concluded, the estate's tax returns will be filed and claims will be reviewed.

Period ending 3/31/16:  Investigation of financial records indicates potential avoidance claims against American Express, Wells Fargo, Bank of America and Chase.  Sulmeyer Kupetz (David Goodrich) retained to assist with investigation and prosecution of avoidance claims, employment approved 1/25/16.  Demand letters sent by counsel to all potential defendants. BofA and Chase reached settlements of claims.  AmEx and WFB still ongoing negotiations.  Tax returns will be prepared for estate.  ETFR advanced from 10/1/15 to 10/1/16 to allow for continued efforts to collect on avoidance claims.

Period ending 3/31/15:  Trustee retained LEA Accountancy to assist with review of Debtor's books for possible avoidance actions.  CPA employment approved 2/10/15.  Investigation of books ongoing.

**Initial Projected Date Of Final Report (TFR):**  10/01/2015

**Current Projected Date Of Final Report (TFR):**   05/22/2018 (Actual)

09/19/2018
_____
Date

/s/Jeremy W. Faith
_____
Jeremy W. Faith

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 9:14-bk-11783-DS | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | DRESSED, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5908 | Account #: | ******6766 Checking Account |
| For Period Ending: | 09/19/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/09/14 | {1} | Wells Fargo Bank, N.A. | Balance of Funds in Acct. ending 6141 | 1129-000 | 148.27 | | 148.27 |
| 09/09/14 | {2} | Wells Fargo Bank, N.A. | Balance of Funds in Acct. ending 6166 | 1129-000 | 4,191.35 | | 4,339.62 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,329.62 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,319.62 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,309.62 |
| 12/08/14 | {5} | AT&T | Refund From AT&T | 1290-000 | 52.76 | | 4,362.38 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,352.38 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,342.38 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,332.38 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,322.38 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,312.38 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,302.38 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,292.38 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,282.38 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,272.38 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,262.38 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,252.38 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,242.38 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,232.38 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,222.38 |
| 02/16/16 | 101 | INTERNATIONAL SURETIES | Bond payment for 2016 blanket bond | 2300-000 | | 2.85 | 4,219.53 |
| 02/25/16 | {8} | Bank of America, N.A. | Settlement of Preference Claim | 1241-000 | 15,080.13 | | 19,299.66 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 19,289.66 |

Page Subtotals:    $19,472.51    $182.85

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9
Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 9:14-bk-11783-DS | **Trustee Name:** | Jeremy W. Faith (001380) |
| **Case Name:** | DRESSED, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5908 | **Account #:** | ******6766 Checking Account |
| **For Period Ending:** | 09/19/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/16 | {9} | JPMorgan Chase & Co | Preference settlement with Chase | 1241-000 | 17,694.32 | | 36,983.98 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.89 | 36,945.09 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.22 | 36,893.87 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.15 | 36,842.72 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.14 | 36,784.58 |
| 07/12/16 | 102 | FRANCHISE TAX BOARD | 2015 - 100S - TIN 41-2195908 - Per DN 48 | 2820-000 | | 885.00 | 35,899.58 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.00 | 35,848.58 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 56.56 | 35,792.02 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.33 | 35,740.69 |
| 10/27/16 | {12} | ATTM Settlement | Payment on AT&T Class Action Claim | 1229-000 | 8.12 | | 35,748.81 |
| 10/27/16 | {12} | ATTM Settlement | Payment on AT&T Class action claim | 1229-000 | 8.33 | | 35,757.14 |
| 10/27/16 | | Hank Pitcher | First Installment on Settlement with Pitchers | 1241-000 | 2,500.00 | | 38,257.14 |
| | {11} | | Acct #; Payment #0        $2,500.00 | 1241-000 | | | 38,257.14 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 49.55 | 38,207.59 |
| 11/26/16 | {6} | American Express Centurion Bank | Settlement Payment on Avoidance Claims | 1241-000 | 43,200.00 | | 81,407.59 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.28 | 81,347.31 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 116.68 | 81,230.63 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 124.60 | 81,106.03 |
| 02/01/17 | 103 | INTERNATIONAL SURETIES | 2017 Pro rated bond payment | 2300-000 | | 13.95 | 81,092.08 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 108.86 | 80,983.22 |
| 03/15/17 | 104 | Franchise Tax Board | 41-2195908; Cash Disbursement for Corporation Estimated Tax (per DN 76 Order entered 3.9.17) | 2820-000 | | 800.00 | 80,183.22 |
| 03/15/17 | 105 | Franchise Tax Board | 41-2195908; Cash Disbursement | 2820-000 | | 800.00 | 79,383.22 |

**Page Subtotals:**        **$63,410.77**    **$3,317.21**

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**        *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page:  3

## Cash Receipts And Disbursements Record

| Case No.: | 9:14-bk-11783-DS | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | DRESSED, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5908 | Account #: | ******6766 Checking Account |
| For Period Ending: | 09/19/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | for Tax Payment for Automatic Extension for Corps. (per DN 76 Order entered 3.9.17) | | | | |
| 03/29/17 | | Hank Pitcher & Susan Pitcher | Pitcher - Settlement Installment | 1241-000 | 400.00 | | 79,783.22 |
| | {11} | | Acct #; Payment #1 $400.00 | 1241-000 | | | 79,783.22 |
| 03/29/17 | | Hank Pitcher & Susan Pitcher | Pitcher - Settlement Installment | 1241-000 | 400.00 | | 80,183.22 |
| | {11} | | Acct #; Payment #2 $400.00 | 1241-000 | | | 80,183.22 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 119.75 | 80,063.47 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 107.48 | 79,955.99 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 126.50 | 79,829.49 |
| 06/20/17 | | Hank Pitcher & Susan Pitcher | Settlement Payment w/ Principals | 1241-000 | 1,300.00 | | 81,129.49 |
| | {11} | | Acct #; Payment #3 $400.00 | 1241-000 | | | 81,129.49 |
| | {11} | | Acct #; Payment #4 $400.00 | 1241-000 | | | 81,129.49 |
| | {11} | | Acct #; Payment #5 $400.00 | 1241-000 | | | 81,129.49 |
| | {11} | | Acct #; Payment #6 $100.00 | 1241-000 | | | 81,129.49 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 115.38 | 81,014.11 |
| 07/12/17 | | Hank Pitcher & Susan Pitcher | Payment from Principals on Settlement | 1241-000 | 400.00 | | 81,414.11 |
| | {11} | | Acct #; Payment #6 $400.00 | 1241-000 | | | 81,414.11 |
| 07/20/17 | 106 | INTERNATIONAL SURETIES | pro rata bond payment 2017 Voided on 07/20/2017 | 2300-000 | | 11.28 | 81,402.83 |
| 07/20/17 | 106 | INTERNATIONAL SURETIES | pro rata bond payment 2017 Voided: check issued on 07/20/2017 | 2300-000 | | -11.28 | 81,414.11 |
| 07/20/17 | 107 | INTERNATIONAL SURETIES | pro rata bond payment 2017 Voided on 07/20/2017 | 2300-000 | | 11.28 | 81,402.83 |
| 07/20/17 | 107 | INTERNATIONAL SURETIES | pro rata bond payment 2017 Voided: check issued on 07/20/2017 | 2300-000 | | -11.28 | 81,414.11 |
| 07/20/17 | 108 | INTERNATIONAL SURETIES | pro rata bond payment 2017 Bond #016030866 | 2300-000 | | 11.50 | 81,402.61 |

Page Subtotals: $2,500.00    $480.61

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9
Page: 4

# Cash Receipts And Disbursements Record

| Case No.: | 9:14-bk-11783-DS | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | DRESSED, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5908 | Account #: | ******6766 Checking Account |
| For Period Ending: | 09/19/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 112.85 | 81,289.76 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 128.62 | 81,161.14 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 112.84 | 81,048.30 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 124.34 | 80,923.96 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 116.39 | 80,807.57 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 112.35 | 80,695.22 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 127.67 | 80,567.55 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 108.15 | 80,459.40 |
| 03/15/18 | 109 | INTERNATIONAL SURETIES | bond payment for 2018 | 2300-000 | | 72.45 | 80,386.95 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 115.72 | 80,271.23 |
| 04/30/18 | {7} | Wells Fargo Bank, NA | Settlement Payment WFB | 1241-000 | 25,000.00 | | 105,271.23 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 111.62 | 105,159.61 |
| 07/23/18 | 110 | Sulmeyer Kupetz APC | 9:14-11783 Paid by order entered 7/18/2018. Dividend paid at 78.71% of $59,811.00 = $47,076.97; Claim #ADMIN 01 | 3210-000 | | 47,076.97 | 58,082.64 |
| 07/23/18 | 111 | Sulmeyer Kupetz APC | 9:14-11783 Paid by order entered 7/18/2018. Dividend paid at 100.00% of $3,307.38 = $3,307.38; Claim #ADMIN 02 | 3220-000 | | 3,307.38 | 54,775.26 |
| 07/23/18 | 112 | LEA Accountancy LLP | 9:14-11783 Paid by order entered 7/18/2018. Dividend paid at 78.71% of $25,878.00 = $20,368.46; Claim #ADMIN 03 | 3410-000 | | 20,368.46 | 34,406.80 |
| 07/23/18 | 113 | LEA Accountancy LLP | 9:14-11783 Paid by order entered 7/18/2018. Dividend paid at 100.00% of $507.39 = $507.39; Claim #ADMIN 04 | 3420-000 | | 507.39 | 33,899.41 |
| 07/23/18 | 114 | Jeremy W. Faith | 9:14-11783 Paid by order entered 7/18/2018. Dividend paid at 78.71% of $8,769.16 = $6,902.17; Claim #FEE | 2100-000 | | 6,902.17 | 26,997.24 |
| 07/23/18 | 115 | Jeremy W. Faith | 9:14-11783 Paid by order entered 7/18/2018. Dividend paid at 100.00% of $537.49 = $537.49; Claim #TE | 2200-000 | | 537.49 | 26,459.75 |

**Page Subtotals:** $25,000.00    $79,942.86

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 5

# Cash Receipts And Disbursements Record

| Case No.: | 9:14-bk-11783-DS | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | DRESSED, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5908 | Account #: | ******6766 Checking Account |
| For Period Ending: | 09/19/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/23/18 | 116 | United States Bankruptcy Court | 9:14-11783 Paid by order entered 7/18/2018. Dividend paid at 100.00% of $700.00 = $700.00; Claim #USBC | 2700-000 | | 700.00 | 25,759.75 |
| 07/23/18 | 117 | FRANCHISE TAX BOARD | 9:14-11783 Paid by order entered 7/18/2018. Dividend paid at 100.00% of $824.07 = $824.07; Claim #11-4 | 2820-000 | | 824.07 | 24,935.68 |
| 07/23/18 | 118 | Internal Revenue Service | 9:14-11783 Paid by order entered 7/18/2018. Dividend paid at 100.00% of $24,113.71 = $24,113.71; Claim #5P-2 | 5100-000 | | 24,113.71 | 821.97 |
| 07/23/18 | 119 | FRANCHISE TAX BOARD | 9:14-11783 Paid by order entered 7/18/2018. Dividend paid at 100.00% of $821.97 = $821.97; Claim #10 | 5800-000 | | 821.97 | 0.00 |

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 110,383.28 | 110,383.28 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | **0.00** | |
| **Subtotal** | 110,383.28 | 110,383.28 | |
| Less: Payments to Debtors | | **0.00** | |
| **NET Receipts / Disbursements** | **$110,383.28** | **$110,383.28** | |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page:  6

# Cash Receipts And Disbursements Record

**Case No.:**          9:14-bk-11783-DS

**Case Name:**         DRESSED, INC.

**Taxpayer ID #:**     **-***5908

**For Period Ending:** 09/19/2018

**Trustee Name:**      Jeremy W. Faith (001380)

**Bank Name:**         Rabobank, N.A.

**Account #:**         ******6766 Checking Account

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6766 Checking Account | $110,383.28 | $110,383.28 | $0.00 |
| | **$110,383.28** | **$110,383.28** | **$0.00** |

| 09/19/2018 | /s/Jeremy W. Faith |
|---|---|
| Date | Jeremy W. Faith |

**UST Form 101-7-TDR (10 /1/2010)**